**Exhibit A to the Complaint**

**Location:** San Diego, CA

**Total Works Infringed:** 25

**IP Address:** 24.25.205.14

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A751773A2B26B96E67D369E6C8DF91C1903C61D9 | 01/04/2026 09:04:11 | Blacked | 12/04/2025 | 12/09/2025 | PA0002556458 |
| 2 | D3956455AEEDA6F06686BB1D022FC06746E77929 | 12/26/2024 19:42:36 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 3 | 121B56FFBA8343C1F6F97AA39C0F3935804BF4AC | 11/04/2024 00:34:31 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 4 | 1aeaa3cb68672fdd47669ed9556e6fbf0d2b9d25 | 10/17/2024 10:55:09 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 5 | 1697a75e322972204c2825392ede72d680fb8112 | 10/03/2024 17:54:37 | Blacked Raw | 07/29/2024 | 08/14/2024 | PA0002484842 |
| 6 | bafc8c8c78c03fa494a19d8bd41bc0f59ed02df5 | 09/30/2024 05:34:24 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 7 | dc6e59e53e7d50f0e4eff4778d8c0e4aecaac20a | 08/10/2024 21:48:42 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |
| 8 | e96c335a3b1d34754e2bf143ec1b9d5e8cea3bdc | 08/09/2024 22:32:07 | Tushy | 05/12/2024 | 06/18/2024 | PA0002476874 |
| 9 | d35f51aef8702d950da5dceae4e15a828a114716 | 07/05/2024 18:23:34 | TushyRaw | 04/23/2024 | 05/09/2024 | PA0002470229 |
| 10 | 1f107e1a8e5dd2829b2036749c1c737dcb43ebc6 | 05/29/2024 22:41:57 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 11 | 68cee45614791a2c95b7aafac9040c61189d0cc5 | 05/26/2024 03:04:31 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 12 | 8fa49906ca0064dab48c00dc3a4bc1bb5777f5ec | 05/20/2024 04:03:43 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 13 | f2bdf698f69726790da7b873ab16ad9724ecf12a | 05/19/2024 01:18:32 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |
| 14 | 5388889438b60a199fe2aa0c5c6b74e4ff50d9fb | 05/12/2024 11:55:03 | Blacked Raw | 07/10/2023 | 07/13/2023 | PA0002420345 |
| 15 | 635a8cece70fb9e9854ce37a3c5e2ef21044160a | 04/05/2024 13:03:11 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 16 | 48fb50dca5c930bc29f489362c34d1beaf4cf4b7 | 04/03/2024 19:11:43 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6a402a39d8e163359fa1ce71d22a7e036887898a | 04/03/2024 16:19:24 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 18 | 884b5717cfd4a79499c4f3897dc827fc433a2091 | 03/30/2024 11:43:09 | Vixen | 12/23/2022 | 01/10/2023 | PA0002389606 |
| 19 | df2d5f9eb86db3a51b2dc2cfb5447541b49b8577 | 03/25/2024 04:27:56 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 20 | 3ba044f9d70aa2b46d80936cfa9b0ee793e2abe5 | 01/05/2024 11:52:52 | Tushy | 12/17/2023 | 01/16/2024 | PA0002449494 |
| 21 | 53c84f4319922c01908f2c431a91392b6c1a399f | 12/04/2023 17:40:31 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 22 | bf6402f07e4683968de4c4ecea6268ba0337a212 | 12/03/2023 18:10:37 | Vixen | 06/30/2023 | 07/13/2023 | PA0002420344 |
| 23 | 08CC7BDA362BF5F60201E2D440468D32D37D18FE | 09/21/2023 02:38:44 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 24 | 9C5CB5315662EFE9A645A635B6216CA3352400E3 | 09/21/2023 02:38:44 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 25 | f47b504ea4f209b90c56123ff967c4581034ad13 | 06/06/2023 18:39:18 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |