✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court, Southern District of California |
| **DOCKET NO.**  26-cv-0479-BAS-DDL  **DATE FILED**  1/25/2026 | 333 West Broadway, Suite 420<br>San Diego, CA 92101 |
| **PLAINTIFF**<br><br>Strike 3 Holdings, LLC | **DEFENDANT**<br><br>John Doe subscriber assigned IP address 24.25.205.14 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | Please See Attachment | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** San Diego, CA

**Total Works Infringed:** 25

**IP Address:** 24.25.205.14

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A751773A2B26B96E67D369E6C8DF91C1903C61D9 | 01/04/2026 09:04:11 | Blacked | 12/04/2025 | 12/09/2025 | PA0002556458 |
| 2 | D3956455AEEDA6F06686BB1D022FC06746E77929 | 12/26/2024 19:42:36 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 3 | 121B56FFBA8343C1F6F97AA39C0F3935804BF4AC | 11/04/2024 00:34:31 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 4 | 1aeaa3cb68672fdd47669ed9556e6fbf0d2b9d25 | 10/17/2024 10:55:09 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 5 | 1697a75e322972204c2825392ede72d680fb8112 | 10/03/2024 17:54:37 | Blacked Raw | 07/29/2024 | 08/14/2024 | PA0002484842 |
| 6 | bafc8c8c78c03fa494a19d8bd41bc0f59ed02df5 | 09/30/2024 05:34:24 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 7 | dc6e59e53e7d50f0e4eff4778d8c0e4aecaac20a | 08/10/2024 21:48:42 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |
| 8 | e96c335a3b1d34754e2bf143ec1b9d5e8cea3bdc | 08/09/2024 22:32:07 | Tushy | 05/12/2024 | 06/18/2024 | PA0002476874 |
| 9 | d35f51aef8702d950da5dceae4e15a828a114716 | 07/05/2024 18:23:34 | TushyRaw | 04/23/2024 | 05/09/2024 | PA0002470229 |
| 10 | 1f107e1a8e5dd2829b2036749c1c737dcb43ebc6 | 05/29/2024 22:41:57 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 11 | 68cee45614791a2c95b7aafac9040c61189d0cc5 | 05/26/2024 03:04:31 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 12 | 8fa49906ca0064dab48c00dc3a4bc1bb5777f5ec | 05/20/2024 04:03:43 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 13 | f2bdf698f69726790da7b873ab16ad9724ecf12a | 05/19/2024 01:18:32 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |
| 14 | 5388889438b60a199fe2aa0c5c6b74e4ff50d9fb | 05/12/2024 11:55:03 | Blacked Raw | 07/10/2023 | 07/13/2023 | PA0002420345 |
| 15 | 635a8cece70fb9e9854ce37a3c5e2ef21044160a | 04/05/2024 13:03:11 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 16 | 48fb50dca5c930bc29f489362c34d1beaf4cf4b7 | 04/03/2024 19:11:43 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6a402a39d8e163359fa1ce71d22a7e036887898a | 04/03/2024 16:19:24 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 18 | 884b5717cfd4a79499c4f3897dc827fc433a2091 | 03/30/2024 11:43:09 | Vixen | 12/23/2022 | 01/10/2023 | PA0002389606 |
| 19 | df2d5f9eb86db3a51b2dc2cfb5447541b49b8577 | 03/25/2024 04:27:56 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 20 | 3ba044f9d70aa2b46d80936cfa9b0ee793e2abe5 | 01/05/2024 11:52:52 | Tushy | 12/17/2023 | 01/16/2024 | PA0002449494 |
| 21 | 53c84f4319922c01908f2c431a91392b6c1a399f | 12/04/2023 17:40:31 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 22 | bf6402f07e4683968de4c4ecea6268ba0337a212 | 12/03/2023 18:10:37 | Vixen | 06/30/2023 | 07/13/2023 | PA0002420344 |
| 23 | 08CC7BDA362BF5F60201E2D440468D32D37D18FE | 09/21/2023 02:38:44 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 24 | 9C5CB5315662EFE9A645A635B6216CA3352400E3 | 09/21/2023 02:38:44 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 25 | f47b504ea4f209b90c56123ff967c4581034ad13 | 06/06/2023 18:39:18 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |